Becerra, Recurrente, *v.* El Registrador de Guayama, Recurrido.

Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Guayama denegatoria de la inscripción de una escritura de hipoteca.

No. 424.—Resuelto en agosto 1, 1919.

Inscripción—Hipoteca—Gananciales—Liquidación de Gananciales—Inscripción de Hipoteca sobre la Mitad Proindivisa de Gananciales.—Procede la inscripción de una hipoteca constituída por el cónyuge superviviente sobre la mitad proindivisa que le corresponde en ciertas fincas inscritas a su favor como de la sociedad de gananciales, aunque ésta no haya sido liquidada, cuando el gravamen se impone con sujeción a las resultas de tal liquidación.

Los hechos están expresados en la opinión.

Abogado del recurrente: Sr. *Alfonso Quintana Cajas*.

El registrador recurrido, Sr. Francisco Socorro, no compareció.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

El cónyuge superviviente, Diego Becerra, como dueño de una mitad *proindivisa* de ciertas fincas rústicas adquiridas durante su matrimonio constituyó hipoteca sobre su participación en dichas fincas.

El registrador se negó a verificar la inscripción de este documento por el fundamento de que dicha participación indivisa no había sido inscrita debidamente a nombre del deudor hipotecario después de la liquidación de la sociedad de gananciales.

La finca en cuestión ya había sido inscrita a nombre de Becerra como bienes de la sociedad de gananciales. Los hijos habían sido declarados únicos y universales herederos de la difunta esposa. El marido siguió siendo el dueño con derecho inscrito de una mitad *pro-indivisa* de los bienes inmuebles de la sociedad de gananciales, sujeta, por supuesto, a las resultas de la liquidación de la sociedad conyugal. El no trató de hipotecar nada más que esto.

La mención que se hace del hecho de que la participación en los bienes inmuebles de tal modo gravados queda sujeta a las resultas de tal liquidación sería bastante para prevenir a terceras personas interesadas en la propiedad, no vemos razón por la cual no deba ser inscrita la hipoteca, haciéndose referencia a la omisión aparente de no haberse practicado una liquidación formal.

La nota recurrida debe ser revocada.

> *Revocada la nota recurrida y ordenada la inscripción denegada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.